# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No: 3:13-cv-654-RJC-DSC

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BILL CLEVELAND a/k/a BILL "THETHRILL" CLEVELAND; CHRIS BAXTER d/b/a BAXTER'S DJ SERVICES; REID BARRETT d/b/a BEAR TRAX; THE SAEED, INC. d/b/a SAEED'S BAR & GRILL; and SAEED SAFAIE,<br><br>  Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS THE SAEED, INC. d/b/a SAEED'S BAR & GRILL AND SAEED SAFAIE** |

The Court has been informed by counsel for Plaintiff in the above entitled action that the parties have agreed to settle their dispute without further intervention by the Court.

Therefore, this action is hereby **dismissed without costs and without prejudice**. If settlement is not consummated within sixty (60) days, Plaintiff or either of the dismissed Defendants may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In addition, unless a party formally advises the Court within thirty (30) days that it does not consent to the terms of this Order, the parties to it are hereby deemed to consent to this Court retaining jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this Order.

**IT IS SO ORDERED.**

1. This case is **Dismissed without prejudice**.

2. The clerk of Court is directed to close this case.

Signed: 1/24/2014

Robert J. Conrad, Jr.
United States District Judge